IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MILDRED TYLER                                                                        PLAINTIFF

Case Number: **5:05CV00063GH**

FOLGER ADAM COMPANY, ET AL.                                          DEFENDANTS

## ORDER

Pending before the Court is plaintiff's motion for voluntary nonsuit against Folger Adam Security, Inc.   Plaintiff states that the named defendant has a similar name to plaintiff's contended manufacturer of the defective product.  As plaintiff has not served the other defendants –Folger Adam Company and John Doe Company–within 120 days of the filing of the complaint, the entire case is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE